UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ellen Makarevich,<br><br>        Plaintiff,<br><br>v.<br><br>CBRE Group, Inc.,<br><br>        Defendant. | Civil Action No. 25-CV-12042-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 29] entered on 1/27/26, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 1/27/2026                                                                                                    By the Court,

/s/ Courtney Horvath
Deputy Clerk